IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES THOMPSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0498

_____/

Opinion filed June 3, 2016.

An appeal from an order of the Circuit Court for Escambia County.
Ross M. Goodman and John L. Miller, Judges.

James Thompson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL and KELSEY, JJ., and DEMPSEY, ANGELA C., ASSOCIATE
JUDGE, CONCUR.